

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**ALEXANDRIA DIVISION**

| | |
|---|---|
| ANDREW BOSTIC<br>FED. REG. NO. 05743-055<br>VS.<br><br>FREDRICK MENIFEE, WARDEN | CIVIL ACTION NO. 06-2313<br><br>SECTION P<br>JUDGE DRELL<br>MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus (28 U.S.C. §2241) be **DENIED** and **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 17th day of May, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE